**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

ALESHEA MURRAY                                              Case No. 08-73313-SCS
ZACKARY MURRAY,                                             Chapter 7

       Debtors.

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Worldwide Asset Purchasing, II, LLC<br>c/o West Asset Purchasing, Inc.<br>P.O. Box 105698<br>Atlanta, GA  30348 | $24.81 |

Dated:  November 17, 2010                /s/ Charles L. Marcus
                                                   Charles L. Marcus, Trustee
                                                   VSB #7020

Charles L. Marcus, Trustee
580 East Main Street, Suite 300
Norfolk, VA  23510
(757) 622-9005

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically transmitted by the Court's ECF System on November 17, 2010 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                                    /s/ Charles L. Marcus
                                                    Charles L. Marcus, Trustee